UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

LeBlanc

     v.          Civil No. 12-cv-084-JL

NH State Prison, Warden

O R D E R

  I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated August 16, 2012 and June 21, 2012, no objections having been filed." '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

  SO ORDERED.

September 17, 2012

                _____
                Joseph N. Laplante
                Chief Judge

cc: Daniel LeBlanc, Pro se
   Lynmarie C. Cusack, Esq.